IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY & CRAIG KRUMBHAAR | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-4689 |
| | : | |
| ENCOMPASS INSURANCE COMPANY | : | |

**O R D E R**

**AND NOW**, this  30th  day of   March  , 2021, it is **ORDERED** that this case is **DISMISSED**.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
 **R. BARCLAY SURRICK, J.**

---

[1] Counsel have advised the Court that they have agreed to proceed to binding arbitration and that the case may be removed from the Court's docket.